IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**CHARLES W. EISNNICHER, JR.,**                    CASE NO. 2:05-cv-522
                                                   CRIM. NO. 2:03-cr-205
      Petitioner,

      v.                                            JUDGE FROST
                                                   MAGISTRATE JUDGE KEMP

**UNITED STATES OF AMERICA,**

      Respondent.

**OPINION AND ORDER**

On August 3, 2005, the Magistrate Judge issued a *Report and Recommendation* pursuant to Rule 4 of the Rules Governing Section 2255 proceedings recommending that this action be dismissed. Doc. No. 30. Petitioner has filed objections to the Magistrate Judge's *Report and Recommendation*. Petitioner objects to the Magistrate Judge's conclusion that neither *United States v. Booker*, 125 S.Ct. 738 (2005), nor *Blakely v. Washington*, 124 S.Ct. 2531 (2004), are retroactively applicable to cases on collateral review. *See Humphress v. United States*, 398 F.3d 855, 860 (6th Cir. 2005).

Pursuant to 28 U.S.C. 636(b)(1), this Court has conducted a *de novo* review of those portions of the *Report and Recommendation* objected to by petitioner. For the reasons discussed in the *Report and Recommendation*, petitioner's objections are **OVERRULED.**

The *Report and Recommendation* is hereby **ADOPTED AND AFFIRMED**. This case is **DISMISSED**.

                                                         /s/ Gregory L. Frost
                                                        GREGORY L. FROST
                                                        United States District Judge